IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIE J. YANCY, as permanent guardian
of the estate and person of DAVID L. YANCY, SR.**                **PLAINTIFFS**

v.                    **CASE NO: 4:10CV01526 BSM**

**UNITED STATES OF AMERICA**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 13th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE